# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Edgar Maddison Welch<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 4, 2016,  in the county of  Washington  in the  District of  Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(b) | Interstate Transportation of a Firearm With Intent to Commit an Offense Or With Knowledge or Reasonable Cause to Believe That an Offense Would Be Committed |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Justin Holgate
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/12/2016

*Judge's signature*

City and state:  Washington, D.C.   Magistrate Judge G. Michael Harvey
*Printed name and title*