IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| EDGAR MADDISON WELCH, | : | 18 U.S.C. § 924(b) |
| | : | (Interstate Transportation of a Firearm |
| Defendant. | : | and Ammunition) |
| | : | |
| | : | 22 D.C. Code § 402 |
| | : | (Assault with a Dangerous Weapon) |
| | : | |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During the |
| | : | Commission of a Crime of Violence) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Interstate Transportation of a Firearm and Ammunition)

On or about December 4, 2016, in the District of Columbia and elsewhere, defendant EDGAR MADDISON WELCH did ship, transport, and receive a firearm and ammunition in interstate commerce from the State of North Carolina to the District of Columbia, with an intent to commit an offense therewith punishable by imprisonment for a term exceeding one year, and with knowledge and reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year was to be committed therewith, that is, Assault with a Dangerous Weapon (rifle), in violation of 22 D.C. Code, Section 402, Carrying a Pistol Without a License, in violation

of 22 D.C. Code, Section 4504(a), and Carrying a Rifle or Shotgun (rifle), in violation of 22 D.C. Code, Section 4504(a-1).

**(Interstate Transportation of a Firearm and Ammunition,**
in violation of Title 18, U.S. Code, Section 924(b))

## COUNT TWO
**(Assault with a Dangerous Weapon)**

On or about December 4, 2016, in the District of Columbia, defendant EDGAR MADDISON WELCH did assault C.R. with a dangerous weapon, that is, a firearm known as an AR-15 rifle.

**(Assault with a Dangerous Weapon,**
in violation of Title 22, D.C. Code, Section 402)

## COUNT THREE
**(Possession of a Firearm During the Commission of a Crime of Violence)**

On or about December 4, 2016, within the District of Columbia, defendant EDGAR MADDISON WELCH did possess a firearm, that is, an AR-15 rifle, while committing the crime of Assault with a Dangerous Weapon, as set forth in Count Two of this indictment.

**(Possession of a Firearm During the Commission of a Crime of Violence,**
in violation of Title 22, D.C. Code, Section 4504(b))

A TRUE BILL:

FOREPERSON.

_____
Attorney of the United States in
and for the District of Columbia.