**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 16-cr-232 (KBJ) |
| EDGAR MADDISON WELCH, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before this Court for a status conference on February 10, 2017.  During the conference, the parties made representations concerning their need for additional time to discuss the possibility of a non-trial disposition in this case, as well as defense counsel's need for additional time to review discovery materials.  Given these representations, the Court found that it is in the interests of justice to exclude from the Speedy Trial Act calculation the time between the status conference of February 10, 2017, and the next status conference in this matter, which is scheduled for March 6, 2017, at 2:30 PM.  Accordingly, it is hereby

**ORDERED** that the period from February 10, 2017, through March 6, 2017, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofar as the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial.

Date:  February 10, 2017

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge