**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 16-CR-232 (KBJ)** |
| **EDGAR MADDISON WELCH,** | |
| *Defendant.* | |

**NOTICE OF FILING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice that Exhibit I to the Government's Sentencing Memorandum is being filed separately on electronic media.

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar Number 415793

By: ____/s/_____
DEMIAN S. AHN
Assistant United States Attorney
D.C. Bar Number 49111
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20530
Tel. No.: (202) 252-7106
E-mail: demian.ahn@usdoj.gov

SONALI D. PATEL
Assistant United States Attorney
N.Y Bar Number 4844049
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20530
Tel. No.: (202) 252-7032
E-mail: sonali.patel@usdoj.gov