# EXHIBIT A

| # | Type | Direction | From | Timestamp | | Content |
|---|---|---|---|---|---|---|
| 8909 | Locations | | | 12/1/2016 5:08:31 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8910 | Locations | | | 12/1/2016 5:08:39 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps<br>Source Extraction: Physical |
| 8911 | Locations | | | 12/1/2016 5:08:48 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps<br>Source Extraction: Physical |
| 8912 | Locations | | | 12/1/2016 5:09:07 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 8915 | Locations | | | 12/1/2016 5:10:39 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8916 | Locations | | | 12/1/2016 5:11:11 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 8918 | Locations | | | 12/1/2016 5:12:17 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8919 | Locations | | | 12/1/2016 5:12:48 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8920 | Locations | | | 12/1/2016 5:13:28 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8921 | Locations | | | 12/1/2016 5:14:05 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8922 | Locations | | | 12/1/2016 5:14:37 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8923 | Locations | | | 12/1/2016 5:15:10 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8924 | Locations | | | 12/1/2016 5:16:48 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8925 | Locations | | | 12/1/2016 5:17:48 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8926 | Locations | | | 12/1/2016 5:18:18 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8927 | Locations | | | 12/1/2016 5:19:11 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps<br>Source Extraction: Physical |
| 8928 | Locations | | | 12/1/2016 5:19:31 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8929 | Locations | | | 12/1/2016 5:20:40 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8930 | Locations | | | 12/1/2016 5:21:15 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8931 | Locations | | | 12/1/2016 5:21:49 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8932 | Locations | | | 12/1/2016 5:23:24 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8933 | Locations | | | 12/1/2016 5:23:57 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8934 | Locations | | | 12/1/2016 5:25:10 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8935 | Locations | | | 12/1/2016 5:25:45 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8936 | Locations | | | 12/1/2016 5:26:47 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8937 | Locations | | | 12/1/2016 5:27:33 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube<br>Source Extraction: Physical |
| 8938 | Locations | | | 12/1/2016 5:28:56 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps<br>Source Extraction: Physical |
| 8939 | SMS Messages | Incoming | From W-8 | 12/1/2016 5:29:02 PM(UTC-5) | ███ | Body wise okay for now... Attitude is shit tho<br>Source Extraction: Physical |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8940 | SMS Messages | Outgoing | To W-8 | 12/1/2016 5:29:58 PM(UTC-5) | ▮ | Me too... looking up on pizza gate and it makes me Source Extraction: Physical | |
| 8941 | SMS Messages | Outgoing | To W-8 | 12/1/2016 5:30:04 PM(UTC-5) | ▮ | Me too... looking up on pizza gate and it makes me fuking sick Source Extraction: Physical | |
| 8942 | Locations | | | 12/1/2016 5:30:42 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical | |
| 8943 | Locations | | | 12/1/2016 5:33:49 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical | |
| 8944 | Locations | | | 12/1/2016 5:34:21 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical | |
| 8945 | Locations | | | 12/1/2016 5:35:00 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical | |
| 8946 | Locations | | | 12/1/2016 5:38:13 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical | |
| 8947 | Locations | | | 12/1/2016 5:41:48 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical | |
| 8948 | SMS Messages | Incoming | From W-8 | 12/1/2016 5:52:11 PM(UTC-5) | ▮ | Stop it! Source Extraction: Physical | |
| 8949 | Locations | | | 12/1/2016 5:52:25 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical | |
| 8950 | Locations | | | 12/1/2016 5:53:13 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical | |
| 8954 | Locations | | | 12/1/2016 5:54:36 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical | |
| 8955 | Locations | | | 12/1/2016 5:58:06 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical | |
| 8958 | Locations | | | 12/1/2016 6:04:28 PM(UTC-5) | | GSM Cell Tower MCC: 310 MNC: 410 LAC: 9856 CID: 197551121: Maps Source Extraction: Physical | |
| 8959 | Cookies | | | 12/1/2016 6:09:38 PM(UTC-5) | | .typepad.com Source Extraction: Physical | |
| 8966 | Cookies | | | 12/1/2016 6:15:01 PM(UTC-5) | | www.cometpingpong.com Source Extraction: Physical | |
| 8967 | Cookies | | | 12/1/2016 6:15:01 PM(UTC-5) | | www.cometpingpong.com Source Extraction: Physical | |
| 8968 | Cookies | | | 12/1/2016 6:15:01 PM(UTC-5) | | www.cometpingpong.com Source Extraction: Physical | |

| 8969 | Cookies | | | | 12/1/2016 6:15:01 PM(UTC-5) | | www.cometpingpong.com Source Extraction: Physical | |
|------|---------|--|--|--|-----------------------------|--|-----------------------------------------------|--|
| 8970 | Cookies | | | | 12/1/2016 6:15:01 PM(UTC-5) | | .cometpingpong.com Source Extraction: Physical | |
| 8971 | Cookies | | | | 12/1/2016 6:15:01 PM(UTC-5) | | .cometpingpong.com Source Extraction: Physical | |
| 8972 | Cookies | | | | 12/1/2016 6:15:01 PM(UTC-5) | | .cometpingpong.com Source Extraction: Physical | |
| 8973 | Cookies | | | | 12/1/2016 6:15:01 PM(UTC-5) | | .cometpingpong.com Source Extraction: Physical | |
| 8974 | Cookies | | | | 12/1/2016 6:32:03 PM(UTC-5) | | .facebook.com Source Extraction: Physical | |
| 8978 | Locations | | | | 12/1/2016 6:36:57 PM(UTC-5) | | Welch1947 (fc:51:a4:2b:6c:e0): Maps Source Extraction: Physical | |
| 8981 | Locations | | | | 12/1/2016 6:38:43 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical | |
| 8986 | Locations | | | | 12/1/2016 6:44:30 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical | |
| 8987 | Locations | | | | 12/1/2016 6:45:06 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical | |
| 8991 | Locations | | | | 12/1/2016 6:58:14 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical | |
| 8994 | Locations | | | | 12/1/2016 7:02:39 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical | |

| | | | | | |
|---|---|---|---|---|---|
| 9000 | Locations | | | 12/1/2016 7:20:36 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | | | | | |
| 9002 | Locations | | | 12/1/2016 7:21:15 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9003 | Locations | | | 12/1/2016 7:21:53 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9004 | Locations | | | 12/1/2016 7:22:34 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9005 | Locations | | | 12/1/2016 7:23:09 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9006 | Locations | | | 12/1/2016 7:23:50 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9007 | Locations | | | 12/1/2016 7:24:21 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9008 | Locations | | | 12/1/2016 7:25:22 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9009 | Locations | | | 12/1/2016 7:25:52 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9010 | Locations | | | 12/1/2016 7:26:27 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9011 | Locations | | | 12/1/2016 7:27:33 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9012 | Locations | | | 12/1/2016 7:28:03 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9013 | Locations | | | 12/1/2016 7:28:34 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9014 | Locations | | | 12/1/2016 7:28:55 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical |
| 9015 | Locations | | | 12/1/2016 7:29:20 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9016 | Locations | | | 12/1/2016 7:30:07 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9017 | Locations | | | 12/1/2016 7:30:56 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9018 | Locations | | | 12/1/2016 7:32:20 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical |
| 9019 | Locations | | | 12/1/2016 7:32:52 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9020 | Locations | | | 12/1/2016 7:33:27 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9021 | Locations | | | 12/1/2016 7:34:00 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9022 | Locations | | | 12/1/2016 7:34:37 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9023 | Locations | | | 12/1/2016 7:35:50 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9024 | Locations | | | 12/1/2016 7:36:30 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9025 | Locations | | | 12/1/2016 7:37:05 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9026 | Locations | | | 12/1/2016 7:37:36 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9027 | Locations | | | 12/1/2016 7:38:15 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9028 | Locations | | | 12/1/2016 7:38:46 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9029 | Locations | | | 12/1/2016 7:39:16 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9030 | Locations | | | 12/1/2016 7:39:47 PM(UTC-5) | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9031 | Locations | | | | 12/1/2016 7:40:17 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9032 | Locations | | | | 12/1/2016 7:40:47 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9033 | Locations | | | | 12/1/2016 7:41:23 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9034 | Locations | | | | 12/1/2016 7:41:53 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9035 | Locations | | | | 12/1/2016 7:42:24 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9036 | Locations | | | | 12/1/2016 7:42:59 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9037 | Locations | | | | 12/1/2016 7:44:10 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9038 | Locations | | | | 12/1/2016 7:44:41 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9039 | Locations | | | | 12/1/2016 7:45:52 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9040 | Locations | | | | 12/1/2016 7:46:48 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9041 | Locations | | | | 12/1/2016 7:48:59 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9042 | Locations | | | | 12/1/2016 7:51:09 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9043 | Locations | | | | 12/1/2016 7:51:13 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical |
| 9044 | Locations | | | | 12/1/2016 7:53:35 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9045 | Locations | | | | 12/1/2016 7:54:18 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9046 | Locations | | | | 12/1/2016 7:55:55 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9047 | Locations | | | | 12/1/2016 7:56:26 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9048 | Locations | | | | 12/1/2016 7:57:34 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9049 | Locations | | | | 12/1/2016 7:58:09 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9050 | Locations | | | | 12/1/2016 7:58:43 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9051 | Locations | | | | 12/1/2016 7:59:19 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| ██████ | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ |
| 9053 | Locations | | | | 12/1/2016 8:09:25 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9054 | Locations | | | | 12/1/2016 8:09:57 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9055 | Locations | | | | 12/1/2016 8:10:36 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical |
| 9056 | Locations | | | | 12/1/2016 8:10:48 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical |
| 9057 | Locations | | | | 12/1/2016 8:11:17 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps Source Extraction: Physical |
| 9058 | Locations | | | | 12/1/2016 8:11:41 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9059 | Locations | | | | 12/1/2016 8:12:19 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube Source Extraction: Physical |
| 9060 | SMS Messages | Outgoing | To W-7 | | 12/1/2016 8:12:46 PM(UTC-5) | ██████ | Watch "PIZZAGATE: The Bigger Picture" on YouTube h Source Extraction: Physical |
| 9061 | SMS Messages | Outgoing | To W-7 | | 12/1/2016 8:12:50 PM(UTC-5) | ██████ | Watch "PIZZAGATE: The Bigger Picture" on YouTube https://youtu.be/dfqaZk8DGGQ Source Extraction: Physical |

| ID | Type | Direction | Party | Timestamp | | Content / Source |
|---|---|---|---|---|---|---|
| 9064 | Locations | | | 12/1/2016 8:13:26 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9065 | Locations | | | 12/1/2016 8:13:58 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9067 | Locations | | | 12/1/2016 8:15:47 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9070 | Locations | | | 12/1/2016 8:16:28 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9071 | Locations | | | 12/1/2016 8:17:06 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9072 | Locations | | | 12/1/2016 8:17:38 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9073 | Locations | | | 12/1/2016 8:18:10 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9074 | Locations | | | 12/1/2016 8:18:25 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9075 | Locations | | | 12/1/2016 8:18:55 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9076 | Locations | | | 12/1/2016 8:19:26 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9077 | Locations | | | 12/1/2016 8:20:33 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9078 | Locations | | | 12/1/2016 8:21:11 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9079 | Locations | | | 12/1/2016 8:21:43 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9080 | Locations | | | 12/1/2016 8:22:20 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): YouTube  Source Extraction: Physical |
| 9081 | Call Log | Incoming | From W-6 | 12/1/2016 8:23:14 PM(UTC-5) | | Source Extraction: Physical |
| 9082 | Locations | | | 12/1/2016 8:25:55 PM(UTC-5) | | GSM Cell Tower  MCC: 310  MNC: 410  LAC: 9856  CID: 197551121: Maps  Source Extraction: Physical |
| 9083 | SMS Messages | Incoming | From W-6 | 12/1/2016 8:28:21 PM(UTC-5) | | Tell me we r going to save the Indians from the pipeline  Source Extraction: Physical |
| 9084 | SMS Messages | Incoming | From W-6 | 12/1/2016 8:29:06 PM(UTC-5) | | Wait don't tell me lol I want the surprise  Source Extraction: Physical |
| 9085 | SMS Messages | Outgoing | To W-6 | 12/1/2016 8:29:37 PM(UTC-5) | | Way more important, much higher stakes  Source Extraction: Physical |
| 9086 | SMS Messages | Outgoing | To W-6 | 12/1/2016 8:29:39 PM(UTC-5) | | Way more important, much higher stakes  Source Extraction: Physical |
| 9087 | SMS Messages | Outgoing | To W-6 | 12/1/2016 8:29:46 PM(UTC-5) | | Pizzagate  Source Extraction: Physical |
| 9088 | SMS Messages | Outgoing | To W-6 | 12/1/2016 8:29:49 PM(UTC-5) | | Pizzagate  Source Extraction: Physical |
| 9089 | SMS Messages | Incoming | From W-6 | 12/1/2016 8:30:50 PM(UTC-5) | | Sounds like we r freeing some oppressed pizza from the hands of an evil pizza joint  Source Extraction: Physical |
| 9090 | SMS Messages | Outgoing | To W-6 | 12/1/2016 8:31:35 PM(UTC-5) | | Youtube tonight, talk in AM  Source Extraction: Physical |
| 9091 | SMS Messages | Outgoing | To W-6 | 12/1/2016 8:31:39 PM(UTC-5) | | Youtube tonight, talk in AM  Source Extraction: Physical |

1857

| # | Type | Direction | | Date | | Content |
|---|---|---|---|---|---|---|
| 9092 | SMS Messages | Incoming | From W-6 | 12/1/2016 8:31:49 PM(UTC-5) | ██████ | Roger<br>Source Extraction: Physical |
| 9093 | Locations | | | 12/1/2016 8:33:17 PM(UTC-5) | | GSM Cell Tower<br>MCC: 310<br>MNC: 410<br>LAC: 9875<br>CID: 197414168: YouTube<br>Source Extraction: Physical |
| 9094 | Locations | | | 12/1/2016 8:33:51 PM(UTC-5) | | GSM Cell Tower<br>MCC: 310<br>MNC: 410<br>LAC: 9875<br>CID: 197414168: YouTube<br>Source Extraction: Physical |
| 9095 | Locations | | | 12/1/2016 8:34:30 PM(UTC-5) | | GSM Cell Tower<br>MCC: 310<br>MNC: 410<br>LAC: 9875<br>CID: 197497623: YouTube<br>Source Extraction: Physical |
| 9096 | Locations | | | 12/1/2016 8:35:05 PM(UTC-5) | | GSM Cell Tower<br>MCC: 310<br>MNC: 410<br>LAC: 9875<br>CID: 197395992: YouTube<br>Source Extraction: Physical |
| 9097 | SMS Messages | Incoming | From W-6 | 12/1/2016 8:35:11 PM(UTC-5) | ██████ | I'm in<br>Source Extraction: Physical |
| 9098 | Locations | | | 12/1/2016 8:35:42 PM(UTC-5) | | GSM Cell Tower<br>MCC: 310<br>MNC: 410<br>LAC: 9875<br>CID: 197395992: Maps<br>Source Extraction: Physical |
| 9099 | SMS Messages | Outgoing | From W-8 | 12/1/2016 8:36:14 PM(UTC-5) | ██████ | 10.4<br>Source Extraction: Physical |
| 9100 | SMS Messages | Outgoing | | 12/1/2016 8:36:18 PM(UTC-5) | ██████ | 10.4<br>Source Extraction: Physical |
| 9101 | SMS Messages | Incoming | To W-6 | 12/1/2016 8:36:24 PM(UTC-5) | ██████ | Rgr c u in am<br>Source Extraction: Physical |
| 9102 | SMS Messages | Outgoing | To W-7 | 12/1/2016 8:40:10 PM(UTC-5) | ██████ | Hmu when u get off and we can ride to curts in AM.<br>Source Extraction: Physical |
| 9103 | SMS Messages | Outgoing | | 12/1/2016 8:40:14 PM(UTC-5) | ██████ | Hmu when u get off and we can ride to curts in AM. He's ready to meet too. Spend some time on youtube until then<br>Source Extraction: Physical |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| 9106 | SMS Messages | Incoming | From W-7 | 12/1/2016 8:47:34 PM(UTC-5) | ██████ | Will do bro<br>Source Extraction: Physical |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| 9111 | Locations | | | 12/1/2016 8:51:13 PM(UTC-5) | | GSM Cell Tower<br>MCC: 310<br>MNC: 410<br>LAC: 9875<br>CID: 197550353: Maps<br>Source Extraction: Physical |
| 9112 | Locations | | | 12/1/2016 9:17:08 PM(UTC-5) | | attwifi (c4:71:fe:db:c7:02): Maps<br>Source Extraction: Physical |
| 9113 | Locations | | | 12/1/2016 9:21:44 PM(UTC-5) | | GSM Cell Tower<br>MCC: 310<br>MNC: 410<br>LAC: 9875<br>CID: 197414168: Maps<br>Source Extraction: Physical |
| 9114 | Locations | | | 12/1/2016 10:28:44 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps<br>Source Extraction: Physical |
| 9115 | Powering Events | | | 12/1/2016 10:28:50 PM(UTC-5) | | On<br>Source Extraction: Physical | Yes |
| 9116 | Locations | | | 12/1/2016 10:29:17 PM(UTC-5) | | ATTR3TgcTA (64:55:b1:6c:b2:90): Maps<br>Source Extraction: Physical |