# EXHIBIT K



SPEED LIMIT 30

COMET

CHEVY CHASE GALLERY
CUSTOM FRAMING

LITTLE

NO PARKING
10:00 PM - 5:00 AM
WEDNESDAY
TOW AWAY ZONE
EXCEPT HOLIDAYS
STREET
CLEANING
IF TOWED → 727-5000

Asset: GC5B6224
Case: 16-205-511
User: Melvin
Agency: MPDHQ
Date: 2016/12/14 11:36:47



Asset: GC5B6236
Case: 16-205-511
User: Melvin
Agency: MPDHQ
Date: 2016/12/14 11:37:48



**BEER ON TAP** PITCHER 24
ALLAGASH WHITE ME 7
BROOKLYN PILSNER NY 7 HALFPINTS
FIRESTONE UNION JACK IPA CA 7 ARE ½ PRICE
FOUNDERS BREAKFAST STOUT MI 7

**BOTTLED or CANNED**
DUCK RABBIT MILK STOUT 7
OLD CHUB SCOTTISH ALE 5
PORT CITY PORTER 7
ROGUE HAZELNUT BROWN ALE 7
ATLAS ROWDY RYE 6
DALE'S PALE ALE 5
BELLS TWO HEARTED 16 OZ'S 7
MODELO ESPECIAL 5
GREAT LAKES GOLD LAGER 6
BOCK 6
SCHLOSS EGGENBERG PILS 8
VICTORY DIRTWOLF IPA 8
MILLER LITE 3
MAGNER'S CIDER 6
PABST BLUE RIBBON 3
OLD OVERHOLT OR BEAM SHOT 4

Asset: GC5B6243
Case: 16-205-511
User: Melvin
Agency: MPDHQ
Date: 2016/12/14 11:38:19



Asset: GC5B6269
Case: 16-205-511
User: Melvin
Agency: MPDHQ
Date: 2016/12/14 11:40:22