# EXHIBIT L





Asset: GC5B6298
Case: 16-205-511
User: Melvin
Agency: MPDHQ
Date: 2016/12/14 11:42:36



Item #CS1-8
CCN: 2016-205-511
MCL: 16-14721
12-04-2016
ADW-Gun
S. Bischof

Asset: GC5B6430
Case: 16-205-511
User: Melvin
Agency: MPDHQ
Date: 2016/12/14 11:52:00



Item # CSI-9

CCN: 2016-205-511
MCL: 16-14721
12-04-2016
ADW-Gun
S. Bischof

Asset: GC5B6460
Case: 16-205-511
User: Melvin
Agency: MPDHQ
Date: 2016/12/14 11:54:48